IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN, JENNETTE
ROBERTS, WILLIAM L. HARDEN,
ARNOLD GREEN, and JAMES
McCRACKEN,

    Plaintiffs,

v.                                        Case No. 3:11cv146/LAC

MIDWEST ENVIRONMENTAL RESOURCES,
INC.; TL WALLACE CONSTRUCTIONS, INC.;
O'BRIEN'S RESPONSE MANAGEMENT GROUP,
INC.; GLOBAL EMPLOYMENT SERVICES, INC.;
GOLDEN PROFESSIONAL SOLUTIONS, INC.;
PROFESSIONAL MANAGEMENT SERVICES
GROUP, INC., D/B/A PEO MANAGEMENT GROUP
and/or STAFFING CONCEPTS; STAFFING CONCEPTS
INTERNATIONAL, INC., D/B/A SCI COMPANIES, INC.;
and EMERGENCY RESPONSE GROUP,

    Defendants.
_____/

**ORDER OF PARTIAL DISMISSAL**

Before the Court is a joint stipulation for voluntary dismissal with prejudice (Doc. 200) as to Defendants PROFESSIONAL MANAGEMENT SERVICES GROUP, INC., and STAFFING CONCEPTS INTERNATIONAL, INC.

Upon consideration of the foregoing and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This action is **DISMISSED** with prejudice as against Defendants **PROFESSIONAL MANAGEMENT SERVICES GROUP, INC.,** and **STAFFING CONCEPTS INTERNATIONAL, INC.**, with respect to all claims arising out of this action and with each party to bear its own attorney fees and costs associated with this action.

**ORDERED** on this 9th day of August, 2012.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge