**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARK BLACKMAN, et al.,

    Plaintiffs,

v.                                                                    Case No. 3:11cv146/LAC

MIDWEST ENVIRONMENTAL RESOURCES,
INC.; TL WALLACE CONSTRUCTIONS, INC.;
O'BRIEN'S RESPONSE MANAGEMENT GROUP,
INC.; GLOBAL EMPLOYMENT SERVICES, INC.;
GOLDEN PROFESSIONAL SOLUTIONS, INC.;
PROFESSIONAL MANAGEMENT SERVICES
GROUP, INC., D/B/A PEO MANAGEMENT GROUP
and/or STAFFING CONCEPTS; STAFFING CONCEPTS
INTERNATIONAL, INC., D/B/A SCI COMPANIES, INC.;
and EMERGENCY RESPONSE GROUP,

    Defendants.
_____/

**ORDER OF PARTIAL DISMISSAL**

    Before the Court is Plaintiffs' stipulation for voluntary dismissal with prejudice (Doc. 273) as to Defendant O'BRIEN'S RESPONSE MANAGEMENT GROUP, INC. Upon consideration of the foregoing and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This action is **DISMISSED** with prejudice as against Defendant O'BRIEN'S RESPONSE MANAGEMENT GROUP, INC., with each party to bear its own attorney fees and costs associated with this action.

**ORDERED** on this 30th day of November, 2012.

                                                 s/ *L.A. Collier*
                                                 Lacey A. Collier
                                       Senior United States District Judge