IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARK BLACKMAN,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NUMBER: |
| | ) |
| | ) 3:11-cv-146 |
| | ) |
| **MIDWEST ENVIRONMENTAL** | ) |
| **RESOURCES, INC.,** *et al.* | ) |
| | ) JURY DEMAND |
| **Defendants.** | ) |

**JOINT MOTION FOR APPROVAL OF FLSA
COLLECTIVE ACTION SETTLEMENT AND
AWARD OF ATTORNEYS' FEES**

COME NOW, the named Plaintiffs and all persons who have filed consent-to-join forms in the above-captioned litigation (hereinafter "Plaintiffs") and Defendant TL Wallace Construction, Inc. (hereinafter "Defendant")[1], by and through their attorneys of record, and move this Court to approve the settlement of this case against Defendant, and in support thereof, the Parties state as follows:

1. This is a collective action under the Fair Labor Standards Act where the Plaintiffs allege that Defendant (among other defendants) failed to pay them compensation, including overtime compensation, for all hours of work in excess of 40 hours in a workweek in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Defendant denies these allegations and avers that it has never been the employer or joint employer of Plaintiffs under the FLSA and that any relationship Defendant had with Plaintiffs and/or other defendants potentially responsible for the alleged violations Plaintiffs complain about was limited to periods (in some

---

[1] Plaintiffs and Defendant are referred to as "Parties" when referred to collectively herein.

cases, one to three days) much shorter than the entire period at issue in this lawsuit (June 2010 through the cessation of clean-up efforts for the Deepwater Horizon Oil Spill).

2. The Parties have engaged in good faith, arm's-length negotiations in an effort to settle the Plaintiffs' claims against Defendant. As result of such negotiations, the Parties have agreed to settle the issues, matters, and things in dispute between and among them pursuant to the terms of the Settlement Agreement attached as Exhibit 1.

3. The Parties have reached a settlement in this matter, which, pending the Court's approval, resolves the wage and hour claims of all Plaintiffs (named Plaintiffs and persons who have filed consent-to-join forms in the above-captioned litigation as of the Parties' proposed Effective Date of the Settlement Agreement) and who are specifically indentified in Exhibit A attached to Exhibit 1.

4. The Parties agree that the terms of the Settlement Agreement are fair, reasonable, adequate, and in the Parties' best interests.

5. Court approval is necessary to effectuate a valid and enforceable release of Plaintiffs' FLSA claims.

6. The Parties, through their counsel, hereby seek judicial approval of their compromise and the resolution of the dispute between Plaintiffs and Defendant. Accordingly, the Parties jointly submit the Settlement Agreement to the Court.

WHEREFORE, THESE PREMISES CONSIDERED, the Parties respectfully request that this Court approve their compromise and the resolution of the dispute between Plaintiffs and Defendant, and that this Court grant such other, further and different relief as this Court deems fair and just.

Respectfully submitted this the 14th day of January, 2013.

/s/Henry Brewster
Henry Brewster (BREWH7737)

Henry Brewster, LLC
205 N. Conception Street
Mobile, Alabama 36603
251-338-0630 Telephone
251-338-0632 Facsimile
Email: hbrewster@brewsterlaw.net

Robert F. Childs, Jr. (CHILR-2322)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500 (telephone)
205/254-1500 (facsimile)
Email: rchilds@wcqp.com

Abby Richardson
WIGGINS, CHILDS, QUINN, & PANTAZIS, LLC
1850 M Street NW
Suite 720
Washington, DC 20036
arichardson@wcqp.com
(202) 263-3691 (telephone)

Joshua Robert Gale
WIGGINS, CHILDS, QUINN, & PANTAZIS, LLC
444 Seabreeze Blvd., Ste. 870
Daytona Beach, FL 32118
386-523-4403

ATTORNEYS FOR PLAINTIFFS


*Signed with the Expressed Permission of:*

*/s/MARTIN J. REGIMBAL*
Martin J. Regimbal
The Kullman Firm
Post Office Box 827
Columbus, Mississippi 39703-0827
mjr@kullmanlaw.com

ATTORNEY FOR T.L. WALLACE
CONSTRUCTION, INC.

3

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system on January 14, 2013, which will send notification of such to all parties.

/s/Henry Brewster