IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
                            )
       **Plaintiffs,**      )
                            )
**vs.**                       )     **CIVIL ACTION NUMBER:**
                            )
                            )     **3:11-cv-146**
                            )
**MIDWEST ENVIRONMENTAL**   )
**RESOURCES, INC.,** *et al.*      )
                            )
       **Defendants.**     )

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into by and among all named Plaintiffs and all persons who have filed consent-to-join forms in the above-captioned litigation as of the Effective Date of this Agreement and who are specifically identified in Exhibit A attached hereto (hereinafter "Plaintiffs"),[1] and Defendant TL Wallace Construction, Inc. (hereinafter "Defendant").[2] This Agreement is based on the following:

I.    RECITALS

    1.1    Plaintiffs are individuals who allege to have worked as "Safety Techs" or beach clean-up workers in the wake of the Deepwater Horizon Oil Spill in 2010.

    1.2    Plaintiffs allege that during their employment as "Safety Techs" or beach clean-up workers Defendant and the other defendants were their employers and/or joint employers and

---

[1]    Where appropriate, "Plaintiffs" as used herein also includes those persons, entities, etc. referred to in paragraph 4.1 as being within the meaning of "Plaintiffs."

[2]    Where appropriate, "Defendant" as used herein also includes those persons, entities etc. referred to in paragraph 4.1 as being within the meaning of "Defendant."  Plaintiffs and Defendant are referred to as "Parties" when referred to collectively herein and, where appropriate, "Parties" as used herein also includes those persons, entities, etc. referred to in paragraph 4.1 as being with the meaning of the terms "Plaintiffs" and "Defendants."

Exhibit 1

failed to pay compensation, including overtime compensation, for all hours of work in excess of 40 hours in a workweek in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* Defendant denies these allegations and avers that it has never been the employer or joint employer of Plaintiffs under the FLSA and that any relationship Defendant had with Plaintiffs and/or other defendants potentially responsible for the alleged violations Plaintiffs complain about was limited to periods (in some cases, one to three days) much shorter than the entire period of time at issue in this lawsuit (June 2010 through the cessation of clean-up efforts for the Deepwater Horizon Oil Spill).

1.3     The Parties and their counsel believe that the interests of all concerned are best served by compromise, settlement, and dismissal of the instant action with prejudice against Defendant, and have concluded that the terms of this Agreement are fair, reasonable, adequate, and in the Parties' best interests.

1.4     The Parties have engaged in good faith, arm's-length negotiations in an effort to resolve this matter against Defendant. As result of such negotiations, the Parties have agreed to settle the issues, matters, and things in dispute between and among them pursuant to the terms of this Agreement.

II.     COMPROMISE ACKNOWLEDGEMENT

2.1     Plaintiffs acknowledge and agree that this Agreement and the consideration provided herein have been and are made and received solely on the basis of a compromise of disputed claims, and this Agreement is not, and is not to be construed as, an admission by Defendant of any liability whatsoever, nor is it, nor shall it be construed as, an admission that Defendant was Plaintiffs' employer or joint employer under the FLSA, which is specifically denied by Defendant, or of any act or fact whatsoever, including, but not limited to, any violation

of federal, state, local, or common law, statute, ordinance, directive, regulation, or order (including executive orders).

2.2    The Parties have conducted discovery and independent investigations of the facts and law during this litigation, including, among other things, exchange of written discovery, production of certain documents, interviews of potential witnesses, and depositions of certain Plaintiffs and other defendants in this matter. Counsel for the Parties have further analyzed the applicable law as applied to the facts discovered regarding the allegations of Plaintiffs, Defendant's defenses thereto, and the damages claimed by Plaintiffs.

2.3    Plaintiffs believe that the claims asserted in the instant action have merit. However, Plaintiffs recognize and acknowledge the expense and length of continued litigation through trial and possible appeals. Plaintiffs have also taken into account the uncertain outcome and the risk of any litigation, as well as the difficulties and delays inherent in such litigation and the likelihood of protracted further proceedings at the district court level and potentially appellate review. Relying upon their fact investigations and legal analyses, the Parties have engaged in arm's length negotiations with a view to achieving a mutually acceptable settlement. Plaintiffs believe that this settlement is fair, reasonable, adequate, in accordance with the law, and in the best interests of Plaintiffs.

2.4    Defendant believes that the claims asserted in the instant action are without merit. Defendant denies Plaintiffs' claims and all charges of wrongdoing, liability and assertions that it was Plaintiffs' employer or joint employer under the FLSA. Although Defendant has vigorously contested the allegations in the litigation to date and denies that it committed any wrongful action or violation of law, it believes nonetheless that further litigation with respect to Plaintiffs would be protracted, expensive, and contrary to Defendant's best interests. Substantial amounts

of time, energy, and other resources have been and, absent settlement, will continue to be devoted to Defendant's defense against the claims asserted by Plaintiffs. Defendant recognizes and acknowledges the expense and length of continued litigation through trial and possible appeals. Defendant has also taken into account the uncertain outcome and the risk of any litigation, as well as the difficulties and delays inherent in such litigation and the likelihood of protracted further proceedings at the district court level and potentially appellate review. In light of these realities, Defendant believes that settlement is the best way to resolve the disputes among the Parties while minimizing Defendant's own further expenditures. Defendant believes that this settlement is fair, reasonable, adequate, in accordance with the law, and in the best interests of Defendant.

2.5    The settlement will not be deemed to be a concession or admission by Defendant of any violation of federal, state, or local law, statute, regulation, rule, or executive order, or any obligation or duty at law or in equity and will not be used or referred to in any proceeding other than proceedings to interpret or enforce this Agreement.

2.6    The Parties, through their counsel, hereby seek judicial approval of their compromise and the resolution of the dispute between Plaintiffs and Defendant. The Parties jointly submit this Agreement to the Court. In the event the Court does not approve this Agreement, or any amended version agreed upon by the Parties, it will not have any effect, and the Parties will revert to their respective positions as of the date and time immediately prior to the execution of this Agreement. This Agreement will become effective (the "Effective Date") as of the date all named Plaintiffs have signed this Agreement.

III.    PAYMENT AND DISTRIBUTION

3.1     In consideration for the terms, conditions, and promises in this Agreement, Defendant shall pay to each of the 36 Plaintiffs the gross amount of $166.67.  This figure represents what Defendant contends is its total exposure in this case for each Plaintiff, namely, unpaid overtime wages for two hours per day, at $21/hour, and an equal amount as liquidated damages.  Defendant contends, and discovery conducted supports the contention, that the entirety of Defendant's relationship with Plaintiffs and/or other defendants responsible for the violations Plaintiffs allege was restricted to a limited period (in some cases, one to three days). Defendant does not, by making these payments, admit that it actually employed or jointly employed Plaintiffs under the FLSA at any time.  Conversely, Plaintiffs do not admit that Defendant's liability would be capped at the amounts represented in these payments, but Plaintiffs acknowledge these amounts represent a fair settlement of their claims against Defendant.

3.2     In consideration for the terms, conditions, and promises in this Agreement, Defendant will also make a check payable to Wiggins, Childs, Quinn and Pantazis, LLC in the gross amount of $3,999.88 (hereinafter "the attorneys' fees and costs").

3.3     The above amounts referenced in paragraphs 3.1 through 3.2 are the amounts agreed to by the Parties to compromise, settle, and satisfy the disputed claims of Plaintiffs against Defendant, and the attorneys' fees and costs, and does so compromise, settle, and satisfy all relief sought by, which could have been sought by, and which could be awarded to, Plaintiffs in this lawsuit including, but not limited to, amounts for back wages, liquidated damages, interest, costs, expenses, and attorneys' fees necessary to the prosecution and administration of the instant action and its settlement (regardless which of Plaintiffs' counsel incurred such costs,

expenses, and fees), other monetary and equitable relief, lost opportunity, and/or similar claims, all of which Defendant disputes.

3.4     Except as set forth in paragraph 3.7, within 10 business days after the last of the following occurs:  the Court approves this Agreement; the Agreed Order of Dismissal with Prejudice is entered by the Court; and Final Judgment as to Defendant is entered by the Court, Defendant shall issue a check to each Plaintiff in the gross amount set forth in paragraph 3.1. Defendant will not withhold any payroll deductions or withholdings consistent with its contention that it was not the employer or joint employer of Plaintiffs and consistent with the information gathered during discovery that Defendant did not ever handle or issue Plaintiffs payroll checks for their work as Safety Techs or beach clean-up workers.  Defendant shall mail the checks for Plaintiffs to Plaintiffs' counsel, Wiggins, Childs, Quinn & Pantazis, LLC, who will be responsible for distributing the checks to Plaintiffs.

3.5.    Except as set forth in paragraph 3.7, also within 10 business days after the last of the following occurs:  the Court approves this Agreement; the Agreed Order of Dismissal with Prejudice is entered by the Court; and Final Judgment as to Defendant is entered by the Court, Defendant shall issue a check payable to Wiggins, Childs, Quinn & Pantazis, LLC in the gross amount set forth in paragraph 3.2.  Wiggins, Childs, Quinn & Pantazis, LLC shall be responsible for making any allocation of such payment among other Plaintiffs' counsel.

3.6.    Any check for a Plaintiff who cannot be located or whose check is returned undelivered, despite Plaintiffs' counsels' best efforts, shall be returned to counsel for Defendant.

3.7.    Wiggins, Childs, Quinn & Pantazis, LLC and all Plaintiffs shall provide separate W-9 forms and shall deliver such W-9 forms to Defendant's counsel before Defendant shall be required to make the payments described in paragraphs 3.1, 3.2, 3.4 and 3.5.

6

3.8.    Defendant will issue Form 1099s for Plaintiffs and Wiggins, Childs, Quinn & Pantazis, LLC reflecting the payments described in paragraphs 3.1, 3.2, 3.4, and 3.5. Plaintiffs will be responsible for all taxes associated with the payment reflected in paragraph 3.1 and their counsel will be responsible for all taxes associated with the payment reflected in paragraph 3.2.

3.9.    It is recognized by the Parties that Defendant has neither control over, nor obligation to distribute the settlement funds and, accordingly, is not responsible for such distribution. Plaintiffs will defend, release, and hold Defendant harmless from any and all claims or causes of action arising from the distribution of settlement funds.

IV.    RELEASE

4.1    Plaintiffs for themselves, and for their predecessors, spouses and families, legal representatives, attorneys, agents, executor(trix), administrator(trix), personal representatives, heirs, successors, any future estates, assigns and beneficiaries, and any and all of them (all of which, where appropriate, are included within the term "Plaintiffs" when used in the Agreement), voluntarily and with the advice of counsel, fully and forever remise, release, acquit, and forever discharge Defendant, including its past, present, and future parent companies, d/b/a's, subsidiaries, affiliates, divisions, successors, assigns, successors in interest, and predecessors, and Defendant's and any such other entities' past, present, and future board members, owners, shareholders, directors, partners, officers, members, managers, employees, agents, lessees, attorneys, accountants, personal representatives, legal representatives, assigns, underwriters, insurers, and re-insurers (all of which, where appropriate, are included within the term "Defendant" when used in this Agreement), whether in their personal, individual, official and/or corporate capacities, from any and all FLSA claims, and all parallel wage and hour state law claims, whether known or unknown, whether contingent or non-contingent, specifically

7

asserted or not, which the Plaintiffs, or any of them, may assert against Defendant, arising up to the Effective Date of this Agreement for the time period Plaintiffs worked as beach clean-up workers or Safety Techs.  This release does not extend to any FLSA claims that may arise subsequent to the Effective Date of this Agreement.  This release does not extend to any of the other named Defendants or SWS Environmental.

4.2    The release by Plaintiffs set forth in paragraph 4.1 is effective immediately upon the Effective Date of this Agreement.

4.3    In addition to the terms of Plaintiffs' release in paragraph 4.1, Plaintiffs agree not to seek conditional certification or other certification of a collective action against Defendant and will not submit any notice of lawsuit, consent-to-join, or other such forms to the Court for approval that identify Defendant.

4.4    All Plaintiffs shall be deemed to have released all claims as set forth in paragraph 4.1 above and to adhere to the terms of paragraph 4.3 with full knowledge of any and all rights they may have, and they hereby assume the risk of any mistake in fact in connection with the true facts involved in the claims against Defendants released herein, or with regard to any facts which are now unknown to them concerning the claims against Defendant released herein.

V.    DISMISSAL OF ACTION

5.1    Plaintiffs agree to dismissal of the instant action against Defendant, with prejudice, in accordance with the attached Agreed Order of Dismissal with Prejudice, attached hereto as Exhibit B.

5.2    Plaintiffs accept the benefits provided herein as consideration in full and complete satisfaction and release of claims asserted in this action and covered in this Agreement.  Based on the provisions contained herein, Plaintiffs agree that this action shall be dismissed with

prejudice with respect to all claims upon entry of the Agreed Order of Dismissal with Prejudice attached hereto as Exhibit B.

## VI.   RESOLUTION OF FUTURE DISPUTES

6.1     Plaintiffs confirm that, other than this action, there is no claim, charge, complaint, or action currently existing as of the Effective Date of this Agreement that concerns allegations based on Plaintiffs' claims relating to wage and hour compensation for the time period Plaintiffs worked as Safety Techs or beach clean-up workers.  In the event that any such claim, charge, complaint, or action is filed, and it is determined that such claim, charge, complaint or action was existing as of the Effective Date of this Agreement,  Plaintiffs shall not be entitled to recover any damages or other relief therefrom, including costs and attorneys' fees.  This Agreement is intended to resolve all wage and hour related claims of any kind, known or unknown, pled or otherwise, as of the Effective Date of this Agreement but is not intended to resolve future disputes that may arise subsequent to the Effective Date of this Agreement.

6.2     The U.S. District Court for the Northern District of Florida shall have continuing jurisdiction to interpret and enforce this Agreement and to hear and adjudicate any dispute or litigation arising from this Agreement.

## VII.  PARTIES' AUTHORITY

7.1     The signatories hereby represent that they are fully authorized to enter into this Agreement and to bind the Parties hereto to the terms and conditions hereof.

7.2     All of the Parties acknowledge that they have been represented by competent, experienced counsel throughout all negotiations which preceded the execution of this Agreement, and that this Agreement is made with the consent and advice of counsel who have jointly prepared this Agreement.

9

VIII.   MUTUAL FULL COOPERATION

8.1     The Parties agree to use their best efforts and to fully cooperate with each other to accomplish the terms of this Agreement, and the Court's approval of the same, including, but not limited to, execution of such documents and to take such other action as may reasonably be necessary to implement and effectuate the terms of this Agreement and the Court's approval of the same.

IX.   MODIFICATION

9.1     This Agreement and its attachment may not be changed, altered, or modified, except in writing and signed by the Parties hereto, and approved by the Court.

X.   ENTIRE AGREEMENT

10.1    This Agreement and its attachment constitute the entire agreement between the Parties concerning the subject matter hereof.  No extrinsic oral or written representations or terms shall modify, vary, or contradict the terms of this Agreement.  In the event of any conflict between this Agreement and any other settlement-related document, the Parties intend that this Agreement shall be controlling.

XI.   CHOICE OF LAW/JURISDICTION

11.1    This Agreement shall be subject to, governed by, construed, enforced, and administered in accordance with the laws of Florida, both in its procedural and substantive aspects, and shall be subject to the continuing jurisdiction of the United States District Court for the Northern District of Florida.  This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for or against any party, regardless of who drafted or who was principally responsible for drafting this Agreement or any specific term or condition thereof.

XII.   <u>COUNTERPARTS</u>

12.1   This Agreement may be executed in counterparts, and when Defendant and each of the named Plaintiffs have signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Agreement, which shall be binding upon and effective as to all Parties.

XIII.   <u>VOIDING THE AGREEMENT</u>

13.1   In the event this Agreement, or any amended version agreed upon by the Parties does not obtain judicial approval for any reason, this Agreement shall be null and void in its entirety, unless expressly agreed in writing by all Parties.


[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]


SIGNED BY:                                    DATE:


_____        _____
HENRY BREWSTER                                1/5/13


_____        _____
ROBERT F. CHILDS, JR.                         1/9/13


_____        _____
DEFENDANT'S REPRESENTATIVE                    1/14/13

MARK BLACKMAN                          1/5/13

JENNETTE ROBERTS                       1/5/13

WILLIAM L. HARDEN                      1/5/13

ARNOLD GREEN                           1/5/13

JAMES MCCRACKEN                        1/5/13

12

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*                    )
                                           )
          Plaintiffs,            )
                                           )
vs.                                        )          CIVIL ACTION NUMBER:
                                           )
                                           )          3:11-cv-146
                                           )
MIDWEST ENVIRONMENTAL                      )
RESOURCES, INC., *et al.*                  )
                                           )
          Defendants.            )

## EXHIBIT A

1.  Mark Blackman
2.  Tracy Boyd
3.  Lisa Bryant
4.  Krystal Bullard
5.  Gabe W Charley          .
6.  Alexander Ferguson
7.  Arnold Green
8.  William L .Harden
9.  Challor Johnson
10. James Johnston
11. Lenzell King, Sr.
12. Steve Kitchen, III
13. Steve Kitchen, Jr.
14. Kendra Leashore
15. Koalana Lyons
16. Felicia McCants
17. Iesha McCants
18. Marcel McCants
19. Kejaun McCants
20. James McCracken
21. Herbert McNeil
22. Leroy McPherson
23. Freelan Patterson

24. Seveyon V. Porter
25. Erskine Posey
26. Ellory Reed
27. Jennette Roberts
28. Darian Robinson
29. Frank Rogers
30. Terrell Rubin
31. Arthur Sorey
32. Jennifer Stallworth
33. Mark Stallworth
34. Reginald Stallworth
35. Katie Teague
36. Pamela Waldrup

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*    )
         )
    Plaintiffs,    )
         )
vs.    )    **CIVIL ACTION NUMBER:**
         )
         )    _____
         )
MIDWEST ENVIRONMENTAL    )
RESOURCES, INC., *et al.*    )
         )    **JURY DEMAND**
    Defendants.    )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Jennette Roberts (Janett Johnson)_ *maiden name now*

Address: _4516 Deauville Way_

_Pensacola Fl. 32505_

Telephone: _(850) 503-3501_

1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____        _____
(Signed)                                      (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARK BLACKMAN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | |
| ) | _____ |
| ) | |
| MIDWEST ENVIRONMENTAL ) | |
| RESOURCES, INC., *et al.* ) | |
| ) | **JURY DEMAND** |
| Defendants. ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _William Lee Harden_

Address: _4516 Deauville way_

_Pensacola Fl. 32505_

Telephone: _850  503 - 8483_

1.      I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.   I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_William L. Harden_                          _3/2/11_
(Signed)                                     (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
                              )
      Plaintiffs,          )
                              )
vs.                           )    CIVIL ACTION NUMBER:
                              )
                              )    _____
                              )
MIDWEST ENVIRONMENTAL   )
RESOURCES, INC., *et al.*       )
                              )    **JURY DEMAND**
      Defendants.        )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Arnold Green_

Address: _901 Dr. Martin Luther King Jr. Dr. Apt. B_

_Pensacola FL, 32501 281_

Telephone: _850·281·4782_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signed)                                                03/01/11
                                                        (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN**, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | |
| | )— | ———————————— |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: JAMES McCracken

Address: 2600 W. Michigan Ave LOT 361-C
PENNACOLA FL 32526

Telephone: 850 393-1176

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.   I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____                    _____
(Signed)                                                              (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| **MARK BLACKMAN,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | _____ |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: MARK Blackman

Address: P.O. Box 261

Milton, Florida 32572

Telephone: 850-748-2538

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.   I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq*.

1

2.      I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


*Mark Blahman*                                     *March 2, 2011*
(Signed)                                           (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN**, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Tracy Boyd_

Address: _1119 W Maxwell St_

_Pensacola, FL 32501_

Telephone: _850-918-1058_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq*.

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____                    **6/8/11**
(Signed)                                           (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*     )
                        )

    **Plaintiffs,**        )
                        )

**vs.**                     )    **CIVIL ACTION NUMBER:**
                        )
                        )    **3:11-cv-146**
                        )

**MIDWEST ENVIRONMENTAL**    )
**RESOURCES, INC.,** *et al.*     )
                        )    **JURY DEMAND**

    **Defendants.**        )

## CONSENT TO JOIN FORM
(Please type or print clearly)

Name:   Pamela Lynn Waldrup

Address:   7333 Pine Forest Rd. lot 101

Pensacola Florida 32526

Telephone:   850-316-7985

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
(Signed)                                   (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*    )
)
    **Plaintiffs,**    )
)
**vs.**    )    **CIVIL ACTION NUMBER:**
)
)    **3:11-cv-146**
)
MIDWEST ENVIRONMENTAL    )
RESOURCES, INC., *et al.*    )    **JURY DEMAND**
)
    **Defendants.**    )

## <u>CONSENT TO JOIN FORM</u>
### (Please type or print clearly)

Name: _Katie Teague_

Address: _2955 King St_

_Pensacola FL 32526_

Telephone: _850- 512- 6678_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quirn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____          8-4-2011
(Signed)                                      (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　**Plaintiffs,**　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　 )　　**CIVIL ACTION NUMBER:**
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**3:11-cv-146**
　　　　　　　　　　　　　　　　　)
MIDWEST ENVIRONMENTAL　　　　　　)
RESOURCES, INC., *et al.*　　　　　　)
　　　　　　　　　　　　　　　　　)　　　　**JURY DEMAND**
　　　　　**Defendants.**　　　　　　)

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: Reginald Stallworth

Address: 834 Lucerne Ave
Pensacola, Florida 32505

Telephone: 850) 438-5448, 850) 438-4331, 850) 619-8651
home                     messg                     cell

    1.　　I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Reginald Stallworth_

(Signed)

_November 1, 2011_

(Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | _____ |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## <u>CONSENT TO JOIN FORM</u>
(Please type or print clearly)

Name: Mark Devone Stallworth

Address: 4516 Deauville Way Pensacola FL
32505

Telephone: 850·293·8469

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services d/b/a PEO Management Group and/or Staffing Concepts, SCI Companies, and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.   I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq*.

2.      I have worked in the position of Safety Tech and/or Foreman for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to being designated as a named plaintiff in this litigation. I understand that the named plaintiffs make decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any settlement of this litigation, the agreement to be entered into with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
(Signed)                                                            (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
                      )
       Plaintiffs,       )
                      )
vs.                  )    **CIVIL ACTION NUMBER:**
                      )
                      )    **3:11-cv-146**
                      )
MIDWEST ENVIRONMENTAL  )
RESOURCES, INC., *et al.*    )
                      )    **JURY DEMAND**
       Defendants.    )

### CONSENT TO JOIN FORM
(Please type or print clearly)

Name:   Jennifer Johnson Stallworth

Address:   4516 Deauville Way

           Pensacola FL, 32505

Telephone:  850-346-1120

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq*.

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____          4/27/12
(Signed)                                  (Date Signed)

2

05/10/2011 11:28 FAX 8504359198          Copy Cat Printing          ☒002

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*                )
                                       )
          Plaintiffs,                  )
                                       )
vs.                                    )          CIVIL ACTION NUMBER:
                                       )
                                       )          3:11-cv-146
                                       )
MIDWEST ENVIRONMENTAL                  )
RESOURCES, INC., *et al.*              )
                                       )
          Defendants.                  )          JURY DEMAND
                                       )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: Arthur Sorey

Address: 509 N '6" ST

Pensacola Fla 32501

Telephone: 850-503-1479

    1.  I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____    5-03-2011
(Signed)                                                              (Date Signed)


2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*   )
          )
  **Plaintiffs,**    )
          )
vs.          )  **CIVIL ACTION NUMBER:**
          )
          )  **3:11-cv-146**
          )
MIDWEST ENVIRONMENTAL )
RESOURCES, INC., *et al.*   )
          )  **JURY DEMAND**
  **Defendants.**    )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:   Terrell Rubin

Address:   1052 Tortuga Dr

     Pensacola FL 32534

Telephone: (850) 454-4042

  1.  I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          4/18/2011
(Signed)                                                    (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*        )
                              )

      Plaintiffs,            )
                              )

vs.                         )     **CIVIL ACTION NUMBER:**
                              )

                              )     **3:11-cv-146**

MIDWEST ENVIRONMENTAL        )
RESOURCES, INC., *et al.*         )

                              )     **JURY DEMAND**

      Defendants.         )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Frank W Rogers_

Address: _9074 Milton Fla,_

_9074 Alton Ct. Milton Fla 32583_

Telephone: _(850) 400-1032   850 261-3867 (850) 356-7594_

    1.   I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
(Signed)                                                    (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*         )
                                    )

     **Plaintiffs,**           )
                                    )

**vs.**                           )     **CIVIL ACTION NUMBER:**
                                    )

                                    )     **3:11-cv-146**

MIDWEST ENVIRONMENTAL     )
RESOURCES, INC., *et al.*          )

                                    )     **JURY DEMAND**
     **Defendants.**          )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Darian Deon Robinson_

Address: _3014 nth 6th Ave    Pensacola FL   3014 nd 6th Ave_

_my mailing address is 234 Aquamarine Ave_

Telephone: _850-586-0938_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Darian Robinson_                              _1-2-201_

(Signed)                                        (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*     )
                                  )

     Plaintiffs,         )
                                  )

vs.                     )     **CIVIL ACTION NUMBER:**
                                  )
                                  )     **3:11-cv-146**
                                  )

MIDWEST ENVIRONMENTAL     )
RESOURCES, INC., *et al.*     )     **JURY DEMAND**
                                  )

     Defendants.        )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:   ELLORY J. REED

Address:   7993 TEMPLETON Rd.

PENSACOLA FL. 32506

Telephone: (850) 457-2175 /(850) 356-5617

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Ellory J. Reed_                                    4-19-2011
(Signed)                                              (Date Signed)

I HAVE NOT RECIEVED A TOTAL OF 115 HOURS OVERTIME AT $14.00 AN HOUR TIME AND A HALF.

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*     )
                      )

     Plaintiffs,       )
                      )

vs.                  )     CIVIL ACTION NUMBER:
                      )
                      )     3:11-cv-146
                      )

MIDWEST ENVIRONMENTAL     )
RESOURCES, INC., *et al.*     )
                      )     JURY DEMAND

     Defendants.     )

## <u>CONSENT TO JOIN FORM</u>
### (Please type or print clearly)

Name:     *Erskine Posey*

Address:     *1205 W. Gadsden St.*

             *Pensacola, Fl. 32501*

Telephone:     *850 - 432-6606 - 850 361-9766*

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_Erskine Posey_____          _04-18-11_
(Signed)                                          (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
                            )
        **Plaintiffs,**      )
                            )
**vs.**                    )      **CIVIL ACTION NUMBER:**
                            )
                            )      **3:11-cv-146**
                            )
**MIDWEST ENVIRONMENTAL**      )
**RESOURCES, INC.,** *et al.*      )
                            )      **JURY DEMAND**
        **Defendants.**      )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Seveyon Valtia Porter_

Address: _1608 Revere Dr_

_Pensacola Florida 32505_

Telephone: _(850) 292-4119_

1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____    _____
(Signed)                                                                    (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*   )
            )
  **Plaintiffs,**    )
            )
**vs.**          )  **CIVIL ACTION NUMBER:**
            )
            )  **3:11-cv-146**
            )
            )
**MIDWEST ENVIRONMENTAL**  )
**RESOURCES, INC.,** *et al.*   )
            )  **JURY DEMAND**
  **Defendants.**    )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:  FREELAN PATTERSON

Address:  1400 W. JACKSON ST

    PENSACOLA FL 32501

Telephone:  (850) 346-2830

  1.  I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding ~~attorneys'~~ fees and costs, and all other matters pertaining to this lawsuit.

x _Freelan Patterson_____    4-22-11
(Signed)                                  (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Leroy McPherson_

Address: _84 Attuck Court   Apt #84   Pensacola FL  32501_

Telephone: _850 503-7467_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled ~~to additional straight time and overtime~~ wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_Rhy McPherson Jr_                                              _5-4-11_
(Signed)                                                       (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*                )
                                                )
        Plaintiffs,                        )
                                                )
vs.                                    )     CIVIL ACTION NUMBER:
                                                )
                                              )     3:11-cv-146
                                                )
MIDWEST ENVIRONMENTAL                  )
RESOURCES, INC., *et al.*              )
                                                )     JURY DEMAND
        Defendants.                        )

## CONSENT TO JOIN FORM
(Please type or print clearly)

Name: Herbert McNeil

Address: 3762 Frontera cir Pensacola, Fl
32505

Telephone: 850 - 281 - 2657

      1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          4-27-2012
(Signed)                                                        (Date Signed)

2

# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　　CIVIL ACTION NUMBER:
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　3:11-cv-146
　　　　　　　　　　　　　　　　)
MIDWEST ENVIRONMENTAL　　　　)
RESOURCES, INC., *et al.*　　　　　)
　　　　　　　　　　　　　　　　)　　JURY DEMAND
　　　　　　Defendants.　　　　　)

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: Marcell D. McCants

Address: # 86 Moreno ct 32507

Pensacola FL

Telephone: (850) 292-9280

    1.　　I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Marcell D. McCants_                      04/16/2011
(Signed)                                   (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*        )
                        )
        Plaintiffs,      )
                        )
vs.                    )      CIVIL ACTION NUMBER:
                        )
                        )      **3:11-cv-146**
                        )
MIDWEST ENVIRONMENTAL    )
RESOURCES, INC., *et al.*      )
                        )      **JURY DEMAND**
        Defendants.     )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: ~~Ke Juan L. Mc Cants~~

Address: 3000 Hollywood Ave #5 Apt 206

Pensacola, Fl 32505

Telephone: 850) 898-5430 or 850) 607-7262

    1.   I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        5-25-12
(Signed)                                (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*       )
                        )
       Plaintiffs,       )
                        )
vs.                     )     **CIVIL ACTION NUMBER:**
                        )
                        )     **3:11-cv-146**
                        )
MIDWEST ENVIRONMENTAL   )
RESOURCES, INC., *et al.*     )
                        )     **JURY DEMAND**
       Defendants.     )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Iesha D. McCants_

Address: _834 Lucerne Ave_

_Pensacola, Fl 32505_

Telephone: _(850) 281-3853 or 850) 332-7132_

1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Leasha McCants_                            4-19-2011
(Signed)                                              (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NUMBER:
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　3:11-cv-146
　　　　　　　　　　　　　　　　　　　　)
MIDWEST ENVIRONMENTAL　　　　　　)
RESOURCES, INC., *et al.*　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　JURY DEMAND
　　　　Defendants.　　　　　　　　　　　　)

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Felicia McCants_

Address: _834 Lucerne Ave_

_Pensacola, Fl 32505_

Telephone: _850) 332-7132_

　　　1.　　I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____                    05-01-2011
(Signed)                                          (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MARK BLACKMAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| MIDWEST ENVIRONMENTAL | ) | |
| RESOURCES, INC., *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
(Please type or print clearly)

Name: Koalana R. Lyons

Address: P.O. Box 3563

Pensacola, FL 32516

Telephone: 850 393-9908

    1.   I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____         5/21/12
(Signed)                                      (Date Signed)

2

**IN THE UNITED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

MARK BLACKMAN, *et al.*                    )
                                            )
      Plaintiffs,                         )
                                            )
vs.                                         )      **CIVIL ACTION NUMBER:**
                                            )
                                            )      **3:11-cv-146**
                                            )
MIDWEST ENVIRONMENTAL                       )
RESOURCES, INC.,* et al.*                   )
                                            )      **JURY DEMAND**
      Defendants.                         )

## CONSENT TO JOIN FORM
(Please type or print clearly)

Name: _Kendra Leashore_

Address: _Presently 64462 Old Pascagoula Rd_

_Theodore, Al_

Telephone: _228-383-0327 / 228-383-0327_

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        _____
(Signed)                                (Date Signed)

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*   )
           )
   Plaintiffs,   )
           )
vs.         )  **CIVIL ACTION NUMBER:**
           )
           )  **3:11-cv-146**
           )
MIDWEST ENVIRONMENTAL )
RESOURCES, INC., *et al.*   )
           )  **JURY DEMAND**
   Defendants.   )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:  STEVE KITChen JR

Address:  1306 W. Jackson ST

    PENSACOLA, FL 32801

Telephone: (850) 287-4531

  1.  I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_Steve Kitch Jr._____          _5-5-2011_
(Signed)                                                         (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
                         )
      **Plaintiffs,**      )
                         )
**vs.**                    )     **CIVIL ACTION NUMBER:**
                         )
                         )     **3:11-cv-146**
                         )
**MIDWEST ENVIRONMENTAL**     )
**RESOURCES, INC.,** *et al.*      )
                         )     **JURY DEMAND**
      **Defendants.**     )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:   Steve Kitchen III

Address:   710 Calais lane

             Pensacola, Fl   32505

Telephone: (850) 221-1139  or  433-3764

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
(Signed)                                                                 (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MARK BLACKMAN, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| MIDWEST ENVIRONMENTAL | ) | |
| RESOURCES, INC., *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## <u>CONSENT TO JOIN FORM</u>
### (Please type or print clearly)

Name: Lenzell King Sr.

Address: 1155 Reynolds Ct

Morrow, Ga 30260

Telephone: 850-375-4746

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____     _____
(Signed)                            (Date Signed)     April 27, 2011

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## <u>CONSENT TO JOIN FORM</u>
### (Please type or print clearly)

Name: _James H. Johnson_

Address: _1120 Heritage Valley Rd._

_Norcross, Georgia 30093_

Telephone: _(850) 316-0349_ Cell _(678) 691-3984_ #Home

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_James Hoke Johnson_          _10/28/11_
(Signed)                              (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*   )
         )
   Plaintiffs,   )
         )
         )  **CIVIL ACTION NUMBER:**
vs.        )
         )  **3:11-cv-146**
         )
MIDWEST ENVIRONMENTAL  )
RESOURCES, INC., *et al.*   )
         )  **JURY DEMAND**
   Defendants.   )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Challor Johnson_

Address: _1008 Revere Dr_

_Pensacola Florida 32505_

Telephone: _(850) 454-8204_

  1.  I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          4/21/11
(Signed)                                            (Date Signed)

2

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MARK BLACKMAN,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **3:11-cv-146** |
| | ) | |
| **MIDWEST ENVIRONMENTAL** | ) | |
| **RESOURCES, INC.,** *et al.* | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: *Alexander Ferguson Jr.*

Address: *4123 W. Belmont St.*

*Pensacola, FLA 32505*

Telephone: *850-434-2741 / 850-619-1085*

     1.     I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay.  I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.    I have worked in the position of Safety Tech for Defendants.

3.    I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.    I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.    I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          4/18/11
(Signed)                                                                (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*                )
                                        )
    Plaintiffs,            )
                                        )
vs.                                     )        CIVIL ACTION NUMBER:
                                        )
                                        )        3:11-cv-146
                                        )
MIDWEST ENVIRONMENTAL                   )
RESOURCES, INC., *et al.*               )
                                        )        JURY DEMAND
    Defendants.            )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: GABE W. CHARLEY III

Address: 110 E. Scott Street

Pensacola FLA 32503

Telephone: (850) 619-7020 OR (850) 912-6433

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.     I have worked in the position of Safety Tech for Defendants.

3.     I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.     I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.     I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
(Signed)                                                      (Date Signed)

2

# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*      )
          )
     **Plaintiffs,**      )
          )
vs.      )    **CIVIL ACTION NUMBER:**
          )
          )    **3:11-cv-146**
          )
MIDWEST ENVIRONMENTAL      )
RESOURCES, INC., *et al.*      )
          )    **JURY DEMAND**
     **Defendants.**      )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name: _Krystal A. Bullard_

Address: _3080 Bent Oak Dr._

_Pensacola FL. 32526_

Telephone: _(850) 221-6282_

     1.   I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.      I have worked in the position of Safety Tech for Defendants.

3.      I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.      I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.      I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____          _04-17-11_
(Signed)                                                          (Date Signed)

2

# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

MARK BLACKMAN, *et al.*                    )
                                           )
    **Plaintiffs,**                     )
                                           )
**vs.**                                    )    **CIVIL ACTION NUMBER:**
                                           )
                                           )    **3:11-cv-146**
                                           )
MIDWEST ENVIRONMENTAL                      )
RESOURCES, INC., *et al.*                  )
                                           )    **JURY DEMAND**
    **Defendants.**                     )

## CONSENT TO JOIN FORM
### (Please type or print clearly)

Name:    *Lisa Bryant*

Address:    *2151 ▪▪ Schwab St.*

         *Pensacola Fl 32504*

Telephone:   *(850) 607-7460*

    1.    I hereby consent, agree, and opt-in to the lawsuit filed against Midwest Environmental Resources, Inc., TL Wallace Construction, Inc., O'Brien's Response Management Group, Inc., Global Employment Services, Inc., Golden Professional Solutions, Inc., Professional Management Services, Inc. d/b/a PEO Management Group and/or Staffing Concepts, Staffing Concepts International, Inc., d/b/a SCI Companies, Inc., and Emergency Response Group and/or any of their successors or assignees (hereinafter "Defendants"), to pursue my claims arising out of alleged unpaid overtime work and/or straight time pay. I understand that this lawsuit is filed under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.*

1

2.   I have worked in the position of Safety Tech for Defendants.

3.   I contend that I am entitled to additional straight time and overtime wages for the hours I have worked in excess of forty hours per week.

4.   I am designating the law firms of Henry Brewster, L.L.C. and Wiggins, Childs, Quinn & Pantazis, L.L.C. to represent me in this action.

5.   I also consent to the named plaintiffs in the complaint against the Defendants making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Lisa Bryant_____     ___4-17-11___
(Signed)                          (Date Signed)

2