IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN, et al.,

    Plaintiffs,

v().                                                Case No. 3:11cv146/LAC

MIDWEST ENVIRONMENTAL RESOURCES,
INC., et al.

    Defendants.
_____/


**ORDER REGARDING SETTLEMENT**

    This matter comes before the Court on the Plaintiffs' and Defendant TL Wallace Construction, Inc.'s (hereinafter the "Parties") Joint Motion for Approval of the FLSA collective action settlement and award of attorneys' fees (Doc. 288).  A copy of the Settlement Agreement has also been submitted.  Since this cause arises under the Fair Labor Standards Act, the settlement may not take effect until the Court has approved the terms of the settlement as fair and reasonable.  *See, e.g., Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).  The Court notes in particular that the settlement applies only to Defendant TL Wallace Construction, Inc., and the *current* Plaintiffs and persons who have filed "consent-to-join" forms, that is, the thirty-six individuals identified in the exhibit attached to the Settlement Agreement.  *See* doc. 288-1, ex. A.

Having duly considered the documentation submitted to the Court and proceedings to date, THE COURT FINDS AS FOLLOWS:

1. This Court has jurisdiction over the subject matter of this Lawsuit, the named Plaintiffs, opt-in Plaintiffs and Defendant TL Wallace;

2. The Settlement Agreement is fair, reasonable and adequate; and

3. Plaintiffs' request for Fees and Costs is reasonable.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:**

4. The Joint Motion for Approval of the FLSA collective action settlement and award of attorneys' fees (Doc. 288) is **GRANTED**;

5. The Settlement Agreement between Plaintiffs and TL Wallace is approved, and the Parties shall implement it pursuant to its terms;

6. The Court hereby dismisses with prejudice this Lawsuit against TL Wallace, all claims contained therein against TL Wallace and all released claims against TL Wallace and, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, finds that there is no just reason for delay and Orders the entry of a Final Judgment against Defendant TL Wallace;

7. This Court reserves exclusive and continuing jurisdiction and venue with respect to the consummation, implementation, enforcement, construction, interpretation, performance and administration of the Settlement Agreement or Judgment;

8. The Plaintiffs' request for attorneys' fees and costs as set forth in the Settlement Agreement is hereby approved as reasonable and, except as provided in the Settlement Agreement, the Parties are to otherwise bear their own attorneys' fees and costs; and

9.      This Court bars and permanently enjoins all named and opt-in Plaintiffs, whether collective, class or individual, against Defendant TL Wallace for liability based upon the released claims.

**ORDERED** on this 17th day of January, 2013.

_s/ L.A. Collier_
Lacey A. Collier
Senior United States District Judge
