IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARK BLACKMAN,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | |
| ) | **3:11-cv-146** |
| ) | |
| **MIDWEST ENVIRONMENTAL** ) | |
| **RESOURCES, INC.,** *et al.* ) | |
| ) | **JURY DEMAND** |
| **Defendants.** ) | |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT
AND AWARD OF ATTORNEYS' FEES[1]**

COME NOW, the Parties, by and through their attorneys of record, and move this Court to approve the settlement of this case against Defendants Golden Professional Solutions, Inc. ("Defendant GPS") and Global Employment Services, Inc. ("Defendant GES") (herein collectively referred to as "Defendants") and in support thereof, state as follows:

1. This is an action under the Fair Labor Standards Act where the Plaintiffs allege that Defendants (among other defendants) failed to pay them compensation, including overtime compensation, for all hours of work in excess of 40 hours in a workweek in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Defendants deny these allegations and aver that they have never been the employers or joint employers of Plaintiffs under the FLSA.

---

[1] This settlement with Defendants Golden Professional Solutions, Inc. and Global Employment Services, Inc, along with the settlement with Defendant Emergency Response Group, resolves claims against all Defendant parties in this action except Midwest Environmental Resources, Inc. That remaining party was subject to an Entry of Default on August 9, 2012 [Doc. 202].

2. The Plaintiffs and Defendants have engaged in good faith, arm's-length negotiations, with the assistance of Court-approved mediator Charles Cetti, in an effort to settle the Plaintiffs' claims against Defendants. As result of such negotiations, the Plaintiffs and Defendants agreed to settle the issues, matters, and things in dispute between and among them pursuant to the terms of the Settlement Agreement attached as Exhibit 1 and Exhibit 2.[2]

3. The Plaintiffs and Defendants have reached a settlement in this matter, which, pending the Court's approval, resolves the wage and hour claims of all Plaintiffs. The said Mediation Settlement Agreement (Exhibit 1) was executed by the five named plaintiffs, Mark Blackman, Arnold Green, William Harden, James McCracken, and Jennette Roberts, and two previous opt-ins, Steve Kitchen, Jr. and Gabe W. Charley and was authorized by all the plaintiffs who had previously joined the case by filing Consent to Join Forms.[3]

4. The terms of the Settlement Agreement are fair, reasonable, adequate, and in the Parties' best interests.

5. The Settlement provides a payment of $15,000 from Defendants Global Employment Services, Inc. and Golden Professional Solutions, Inc. to Plaintiffs. This amount, when combined with the settlement amount Plaintiffs will receive from co-defendant Emergency Response Group, roughly reflects those parties' pro-rated contributions to the overtime wages Plaintiffs allege are due to them for the period of time they worked for Midwest Environmental

---

[2] Attached is the settlement agreement signed by the parties on June 6, 2013 (Exhibit 1), in their mediation, as well as the proposed General Release to be signed by the parties upon approval of the settlement by the Court (Exhibit 2).

[3] 37 Consent to Join Forms were filed in this matter and all 37 plaintiffs signed or authorized the Mediation Settlement Agreement, including Mark Blackman, Tracy Boyd, Lisa Bryant, Krystal Bullard, Gabe W. Charley, Alexander Ferguson, Arnold Green, William L. Harden, Challor Johnson, James Johnston, Lenzell King, Sr., Steve Kitchen, III, Steve Kitchen, Jr., Kendra Leashore, Koalana Lyons, Felicia McCants, Iesha McCants, Marcel McCants, Kejaun McCants, James McCracken, Herbert McNeil, Leroy McPherson, Freelan Patterson, Seveyon V.Porter, Erskine Posey, Ellory Reed, Jennette Roberts, Darian Robinson, Frank Rogers, Terrell Rubin, Arthur Sorey, James Smart, Jennifer Stallworth, Mark Stallworth, Reginald Stallworth, Katie Teague, and Pamela Waldrup.

Resources, Defendants' co-defendant and alleged joint employer.  Defendants do not, by making this payment, admit that they actually employed or jointly employed Plaintiffs under the FLSA at any time.  Conversely, Plaintiffs do not admit that Defendants' liability would be capped at the amounts represented in this payment, but Plaintiffs acknowledge this amount represents a fair settlement of the claims against Defendants.

6. The Settlement also provides a payment of $15,000 in attorneys' fees and costs to Plaintiffs' counsel.  Plaintiff's counsel verifies that the attorneys' fees and costs they are to receive as part of this settlement are fair, reasonable, and received with the consent and agreement of their clients, the Plaintiffs.  The fees received as part of this settlement are a mere fraction – less than ten percent (10%) -- of the fees and costs Plaintiffs' counsel has incurred in the prosecution of this case, including over 850 hours of attorney and paralegal time.

7. Court approval is necessary to effectuate a valid and enforceable release of Plaintiffs' FLSA claims.

8. The Parties, through their counsel, hereby seek judicial approval of their compromise and the resolution of the dispute between Plaintiffs and Defendant.  Accordingly, the Parties jointly submit the Settlement Agreement to the Court.

WHEREFORE, THESE PREMISES CONSIDERED, the Parties respectfully request that this Court approve their compromise and the resolution of the dispute between Plaintiffs and Defendant, and that this Court grant such other, further and different relief as this Court deems fair and just.

Respectfully submitted this the 15th day of July, 2013.

/s/ Henry Brewster
Henry Brewster
HENRY BREWSTER, LLC
205 N. Conception Street

3

>Mobile, Alabama 36603
>hbrewster@brewsterlaw.net
>(251) 338-0630
>Email: hbrewster@brewsterlaw.net
>*Attorney for Plaintiffs*
>
>*Signed with Permission:*
>*/s/Joseph A. Passeretti*
>Florida Bar No. 860751
>Emmanuel, Sheppard & Condon
>30 S. Spring Street
>Pensacola, Florida 32502
>jap@esclaw.com
>Telephone: (850) 433-6581
>Facsimile: (850) 434-5856
>*Attorney for Golden Professional Solutions,*
>*Inc. and Global Employment Service, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system on July 15, 2013, which sent notification of such to the following:

Cale Patrick Keable
Email: ckeable@darroweverett.com

>*/s/Henry Brewster*
>Of Counsel