IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MARK BLACKMAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | |
| | ) | 3:11-cv-146 |
| | ) | |
| MIDWEST ENVIRONMENTAL | ) | |
| RESOURCES, INC., *et al.* | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT AND AWARD OF ATTORNEYS' FEES[1]

COME NOW, the Plaintiffs, by and through their attorneys of record, and move this Court to approve the settlement of this case against Defendant Emergency Response Group ("Defendant ERG"), and in support thereof, state as follows:

1. This is an action under the Fair Labor Standards Act where the Plaintiffs allege that Defendant ERG (among other defendants) failed to pay them compensation, including overtime compensation, for all hours of work in excess of 40 hours in a workweek in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Defendant ERG denies these allegations and avers that it has never been the employer or joint employer of Plaintiffs under the FLSA.

---

[1] This settlement with Defendant ERG, along with the settlement with Defendants, Golden Professional Solutions, Inc. and Global Employment Services, Inc., resolves claims against all Defendant parties in this action except Midwest Environment Resources, Inc. That remaining party was subject to an Entry of Default on August 9, 2012 [Doc. 202].

Defendant ERG has today advised Plaintiffs that it declines to join in this Motion for Approval of FLSA Settlement and Approval of Attorneys' Fees because this Court's order of July 2, 2013 [Doc.346] recites that "Within **fifteen (15) days** from the date of this Order, Plaintiffs shall submit the necessary documentation as

2.     The Plaintiffs and Defendant ERG engaged in good faith, arm's-length negotiations, with the assistance of Court-approved mediator Charles Cetti, in an effort to settle the Plaintiffs' claims against Defendant ERG. As result of such negotiations, the Plaintiffs and Defendant ERG agreed to settle the issues, matters, and things in dispute between and among them pursuant to the terms of the Settlement Agreement attached as Exhibit 1.[2]

3.     The Parties have reached a settlement in this matter, which, pending the Court's approval, resolves the wage and hour claims of all Plaintiffs. The said Mediation Settlement Agreement (Exhibit 1) was executed by the five named plaintiffs, Mark Blackman, Arnold Green, William Harden, James McCracken, and Jennette Roberts, and two previous opt-ins, Steve Kitchen, Jr. and Gabe W. Charley and was authorized by all the plaintiffs who had previously joined the case by filing Consent to Join Forms.[3]

4.     The terms of the Settlement Agreement are fair, reasonable, adequate, and in the Parties' best interests.

5.     The Settlement provides a payment of $45,000 from Defendant ERG to Plaintiffs. This amount, when combined with the settlement amount Plaintiffs will receive from co-defendants Golden Professional Solutions, Inc. and Global Employment Services, Inc., roughly reflects those parties' pro-rated contribution to the overtime wages Plaintiffs allege are due to them for the period of time they worked for Midwest Environmental Resources, Defendants' co-defendant and alleged joint employer. Defendant ERG has not, by making this payment,

---

described herein." Defendant ERG, presumably, interprets that Order to require the Plaintiffs alone to submit said motion for approval.
[2]     Attached is the settlement agreement signed by the parties at the conclusion of mediation (Exhibit 1). .
[3]     37 Consent to Join Forms were filed in this matter and all 37 plaintiffs signed or authorized the Mediation Settlement Agreement, including Mark Blackman, Tracy Boyd, Lisa Bryant, Krystal Bullard, Gabe W. Charley, Alexander Ferguson, Arnold Green, William L. Harden, Challor Johnson, James Johnston, Lenzell King, Sr., Steve Kitchen, III, Steve Kitchen, Jr., Kendra Leashore, Koalana Lyons, Felicia McCants, Iesha McCants, Marcel McCants, Kejaun McCants, James McCracken, Herbert McNeil, Leroy McPherson, Freelan Patterson, Seveyon

admitted that it actually employed or jointly employed Plaintiffs under the FLSA at any time. Conversely, Plaintiffs do not admit that Defendants' liability would be capped at the amounts represented in this payment, but Plaintiffs acknowledge this amount represents a fair settlement of the claims against Defendant, ERG.

6. The Settlement also provides a payment of $45,000 from Defendant ERG in attorneys' fees and costs to Plaintiffs' counsel. Plaintiff's counsel verifies that the attorneys' fees and costs they are to receive as part of this settlement are fair, reasonable, and received with the consent and agreement of their clients, the Plaintiffs. The fees received as part of this settlement are a mere fraction – less than fifteen percent (15%) – of the fees and costs Plaintiffs' counsel has incurred in the prosecution of this case, including over 850 hours of attorney and paralegal time.

7. Court approval is necessary to effectuate a valid and enforceable release of Plaintiffs' FLSA claims.

8. The Plaintiffs, through their counsel, hereby seek judicial approval of their compromise and the resolution of the dispute between Plaintiffs and Defendant ERG. Accordingly, the Plaintiffs submit the Settlement Agreement to the Court.

WHEREFORE, THESE PREMISES CONSIDERED, the Plaintiffs respectfully request that this Court approve their compromise and the resolution of the dispute between Plaintiffs and Defendant ERG, and that this Court grant such other, further and different relief as this Court deems fair and just.

Respectfully submitted this the 17th day of July, 2013.

---

V.Porter, Erskine Posey, Ellory Reed, Jennette Roberts, Darian Robinson, Frank Rogers, Terrell Rubin, Arthur Sorey, James Smart, Jennifer Stallworth, Mark Stallworth, Reginald Stallworth, Katie Teague, and Pamela Waldrup.

/s/ Henry Brewster
Henry Brewster (ASB-7737-B45-H)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, Alabama 36603
hbrewster@brewsterlaw.net
(251) 338-0630
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system on July 17, 2013, which sent notification of such to the following:

Cale Patrick Keable
Email: ckeable@darroweverett.com

Joseph A. Passeretti
Email: jap@esclaw.com

/s/Henry Brewster
Of Counsel