IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN, et al.,

    Plaintiffs,

v.                                          Case No. 3:11cv146/LAC

MIDWEST ENVIRONMENTAL RESOURCES,
INC., et al.

    Defendants.
_____/

## ORDER REGARDING SETTLEMENT

This matter comes before the Court on Plaintiff's Motion for Approval of FLSA Settlement and Award of Attorneys' Fees (Doc. 353) as against Defendant Emergency Response Group. A copy of the Settlement Agreement has been submitted.

Since this cause arises under the Fair Labor Standards Act, the settlement may not take effect until the Court has approved the terms of the settlement as fair and reasonable. *See, e.g., Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).

Having duly considered the documentation submitted to the Court and proceedings to date, **THE COURT FINDS AS FOLLOWS:**

1. This Court has jurisdiction over the subject matter of this Lawsuit and over the parties;

2. The Settlement Agreement is fair, reasonable and adequate; and

3. Plaintiffs' request for Fees and Costs is reasonable.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:**

4. The Motion for Approval of FLSA Settlement and Award of Attorneys' Fees (Doc. 353) is **GRANTED**;

5. The Settlement Agreement between the Parties is approved, and the Parties shall implement it pursuant to its terms;

6. The Court hereby dismisses with prejudice this Lawsuit against Defendant Emergency Response Group, all claims contained therein against Emergency Response Group and all released claims against Emergency Response Group and, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, finds that there is no just reason for delay and Orders the entry of a Final Judgment against Defendant Emergency Response Group;

7. This Court reserves exclusive and continuing jurisdiction and venue with respect to the consummation, implementation, enforcement, construction, interpretation, performance and administration of the Settlement Agreement;

8. The Plaintiffs' request for attorneys' fees and costs as set forth in the Settlement Agreement is hereby approved as reasonable and, except as provided in the Settlement Agreement, the Parties are to otherwise bear their own attorneys' fees and costs; and

9. This Court bars and permanently enjoins all Plaintiffs against Defendant Emergency Response Group for liability based upon the released claims.

**ORDERED** on this 29th day of July, 2013.

                                                              s/ *L.A. Collier*
                                                         Lacey A. Collier
                                         Senior United States District Judge