IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN, et al.,

    Plaintiffs,

v.                                                    Case No. 3:11cv146/LAC

MIDWEST ENVIRONMENTAL RESOURCES,
INC., et al.

    Defendants.
_____/

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE having come before the Court on a Motion for Default Judgment (doc. 360) filed by Plaintiffs against Defendant Midwest Environmental Resources, Inc., who has failed to answer or otherwise respond to the complaint.  Default was entered on July 19, 2011.

The Court being duly and sufficiently advised, it is hereby **ORDERED**:

    1.    The Motion for Default Judgment against Defendants is hereby **GRANTED**.

2. **JUDGMENT IS HEREBY ENTERED** against Defendant Midwest Environmental Resources, Inc., in the following amounts:

A. **Damages** (as they pertain to each Plaintiff):

| | |
|---|---|
| 1. Mark Blackman | $3,635.10 |
| 2. Tracy Boyd | $3,463.82 |
| 3. Lisa Bryant | $1,451.27 |
| 4. Krystal Bullard | $637.70 |
| 5. Gabe W. Charley | $1,922.30 |
| 6. Alexander Ferguson | $3,335.35 |
| 7. Arnold Green | $2,222.03 |
| 8. William L. Harden | $2,607.42 |
| 9. Challor Johnson | $1,365.63 |
| 10. James Johnston | $1,322.82 |
| 11. Lenzell King, Sr. | $1,194.35 |
| 12. Steve Kitchen, III | $2,992.79 |
| 13. Steve Kitchen, Jr. | $2,179.22 |
| 14. Kendra Leashore | $0.00 |
| 15. Kaolana Lyons | $0.00 |
| 16. Felicia McCants | $1,965.11 |
| 17. Iesha McCants | $1,622.55 |
| 18. Marcel McCants | $851.79 |
| 19. Kejuan McCants | $0.00 |
| 20. James McCracken | $3,292.54 |
| 21. Herbert McNeil | $3,420.99 |
| 22. Leroy McPherson | $466.42 |
| 23. Freelan Patterson | $3,635.10 |
| 24. Seveyon V. Porter | $1,451.27 |
| 25. Erskine Posey | $1,579.74 |
| 26. Ellory Reed | $3,292.54 |
| 27. Jennette Roberts | $3,378.18 |
| 28. Darian Robinson | $0.00 |
| 29. Frank Rogers | $2,179.22 |
| 30. Terrell Rubin | $1,708.19 |
| 31. Arthur Sorey | $1,023.07 |
| 32. James Smart | $337.95 |
| 33. Jennifer Stallworth | $1,279.99 |
| 34. Mark Stallworth | $1,279.99 |

| | |
|---|---|
| 35. Reginald Stallworth | $0.00 |
| 36. Katie Teague | $0.00 |
| 37. Pamela Waldrup | $3,463.82 |
| TOTAL | $59,991.34 |

B. **Attorneys' Fees and Costs**

| | |
|---|---|
| Wiggins, Childs, Quinn & Pantazis | $154,912.01 |
| Henry Brewster, LLC | $ 68,253.93 |
| Total Attorneys' Fees and Costs: | $223.165.94 |

3.  As judgment or settlement now has been attained as to all Defendants, the Clerk is directed to close the case.

**ORDERED** on this 16th day of October, 2013.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge